Daniel J. Rylander 015279
2701 E. Speedway Blvd.
Suite 203
Tucson, AZ 85716
520-299-4922 Phone
520-299-1482 Fax
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In Re:

CHRIS M. GRIMES,

ALESHA DAWN GRIMES,

Debtors.

In Proceedings Under Chapter 13

Case No. 4:12-bk-11171-BMW

**OBJECTION TO PROOF OF CLAIM NO. 6 AND NOTICE THEREON**

Debtors, Chris and Alesha Grimes, by and through counsel undersigned, hereby file this Objection to Proof of Claim No. 6, as follows:

1. On June 1, 2012, Target National Bank, c/o Weinstein and Riley, PS filed a Proof of Claim in the amount of $9,806.39.
2. The claim is not adequately documented. An itemization of all fees and costs should be provided as well as the dates and amounts of the last transactions or payments.
3. This claim was purchased from Target National Bank on June 10, 2011 by Midland Credit Management.
4. Midland Credit Management has also filed a Proof of Claim No. 8 in this case. Therefore, Claim No. 6 is a duplicate of the Claim No. 8.

Debtors, Chris and Alesha Grimes, respectfully request that this claim be disallowed as recommended above unless on or before 15 days from the mailing of this objection the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the Debtor AND receives a withdrawal of objection; OR

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Bankruptcy Court, and mails a copy thereof to the Debtor's counsel at 2701 E. Speedway Blvd., Suite 203, Tucson, AZ 85716

RESPECTFULLY SUBMITTED this 4th day of March 2013.

By: /s/ Daniel J. Rylander
    Daniel J. Rylander, Esq.
    Daniel J. Rylander, P.C.
    Attorney for the Debtors

Copy of the foregoing mailed this
4th day of March, 2013 to:

Dianne C. Kerns, Trustee
7320 N. La Cholla, #154-413
Tucson, AZ 85741

Target National Bank
c/o Weinstein and Riley, PS
PO Box 3978
Seattle, WA 98124-3978

/s/ Irene L. Lehane
Irene L. Lehane